## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**RICHARD EGLEBERT, # 164498**                                   **PLAINTIFF**

**v.**                                            **CIVIL NO. 1:19cv525-HSO-JCG**

**MISSISSIPPI DEPARTMENT OF**
**CORRECTIONS and MEDICAL**
**PROVIDER FOR MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**                              **DEFENDANTS**

## FINAL JUDGMENT

This matter is before the Court, sua sponte, for consideration of dismissal.

Pursuant to the Court's Order entered this date and incorporated herein by

reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this civil action is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 4th day of December, 2019.

_s/ Halil Suleyman Ozerden_
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE